UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| BROOK BERNINI, MATTHEW BYRNES, SIMON CECIL, ANDREW COHEN, DAVID DREW JR, ALANA MICHELLE EXUM, BOBBY REESE HAGY JR, ADRYN HAYES, KEVIN HUNDT, RACHEL JACKSON, TIANA JOHNSON, GARTH KAHL, JARED LANCTOT, MICHAEL LARSON, VAIN MAINSTREAM, CRAIG NEEF, MARY OGLE, TIM PHILLIPS, RAPHI RECHITSKY, LAMBERT ROCHFORT, NICK SEGNER, RYAN SOLEM, ZACH SWIFT, ANDREW TEMPERANTE, MICHAEL WARD, RACHEL WESTLUND, NELSON WHITMORE, | CASE FILE 09 CV 2312 PAM/JJG |

                Plaintiffs,

vs.

CITY OF ST. PAUL AND JOHN DOE
NOS. 1-20, in their individual capacity,

                Defendants.

---

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

TO:   Plaintiffs above named and their counsel of record, Robert J. Kolstad, 1005 W. Franklin Avenue, Suite 3, Minneapolis, MN 55405; R. Travis Snider, SNIDER LAW FIRM, LTD, 1005 W. Franklin Avenue, Suite 3, Minneapolis, MN 55405; and David L. Shulman, LAW OFFICE OF DAVID L. SHULMAN, 1005 W. Franklin Avenue, Suite 3, Minneapolis, MN 55402.

Defendants move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.

                                              IVERSON REUVERS

Dated: September 2, 2010                By:  s/ Susan M. Tindal
                                                 Jon K. Iverson, #146389
                                                 Jason M. Hiveley, #311546
                                                 Susan M. Tindal, #330875
                                          Attorneys for Defendants
                                          9321 Ensign Avenue South
                                          Bloomington, MN 55438
                                          (952) 548-7200