UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KELLY BENJAMIN,                                  Case No. 12-CV-220 DWF/SER

          Plaintiff,

vs.

J. PETERSON, et al.,

          Defendants.

---

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
_____

TO:   Plaintiff above named and his counsel of record, Peter J. Nickitas, 431 South 7th Street, Suite 2446, P.O. Box 15221, Minneapolis, MN 55415:

Defendants move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.

                                            IVERSON REUVERS CONDON

Dated: February 1, 2013                By s/ Jason M. Hiveley
                                              Jon K. Iverson, #146389
                                              Jason M. Hiveley, #311546
                                              Stephanie A. Angolkar, #388336
                                          Attorneys for Defendants
                                          9321 Ensign Avenue South
                                          Bloomington, MN  55438
                                          (952) 548-7200