UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| KELLY BENJAMIN, | Case No. 12-CV-220 DWF/SER |
| Plaintiff, | |
| vs. | |
| J. PETERSON, et al., | |
| Defendants. | |

---

### DEFENDANTS' NOTICE OF HEARING ON MOTION
_____

TO:   Plaintiff above named and his counsel of record, Peter J. Nickitas, 431 South 7th Street, Suite 2446, P.O. Box 15221, Minneapolis, MN 55415:

YOU WILL PLEASE TAKE NOTICE that Defendants will bring on the following motion for hearing on March 22, 2013, at 11:00 a.m., before the Honorable Donovan W. Frank in Courtroom 7C of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota.

IVERSON REUVERS CONDON

Dated: February 1, 2013         By s/ Jason M. Hiveley
                                   Jon K. Iverson, #146389
                                   Jason M. Hiveley, #311546
                                   Stephanie A. Angolkar, #388336
                                Attorneys for Defendants
                                9321 Ensign Avenue South
                                Bloomington, MN  55438
                                (952) 548-7200